```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
CAPITAL SHIELD, INC.,

         Plaintiff,

v.                                  Case No:  2:24-cv-1003-JES-KCD

AMWINS ACCESS INSURANCE
SERVICES, LLC,

         Defendant.
```

## OPINION AND ORDER

Plaintiff Capital Shield, Inc. ("Capital Shield") filed its original complaint (Doc. #1) on October 28, 2024, basing federal jurisdiction upon complete diversity of citizenship. On January 6, 2025, Defendant Amwins Access Insurance Services, LLC ("Amwins") filed a motion to dismiss for lack of jurisdiction (Doc. #11.) Plaintiff responded, on February 18, 2025, by filing a motion for leave to file a first amended complaint (Doc. #21), seeking to plead claims under the Sherman Act and to add a new defendant.

On February 20, 2025, the Court dismissed the original complaint without prejudice for lack of subject matter jurisdiction. (Doc. #24). In that order, the Court allowed Plaintiff to file an amended complaint within a certain time-period to clarify the diversity of the parties and jurisdiction at the time of filing. The order also stated that if Plaintiff wished

to add a new party and a federal claim, a renewed motion for leave to amend must be filed.

Plaintiff filed a First Amended Complaint (Doc. #25) and a renewed motion for leave to file a second amended complaint (Doc. #26), again seeking to plead claims under the Sherman Act and to add a new defendant, both on February 27, 2025. The magistrate judge denied the renewed motion for leave in an endorsed order on March 3, 2025, for failure to confer with opposing counsel.

Later, on March 3, 2025, plaintiff filed another Renewed Motion for Leave to File a Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (Doc. #33), which is presently before the Court. The proposed Second Amended Complaint adds a new defendant and alleges violations of the Sherman Act as the basis for federal jurisdiction. Amwins filed a Response in Opposition (Doc. #48) on April 25, 2025. Also before the Court is Defendant's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(1) (Doc. #44.) Plaintiff filed a Response in Opposition (Doc. #47) on April 23, 2025.

Having carefully reviewed the file, the Court concludes that the Motion to Dismiss is moot, that Plaintiff should be granted leave to file its Second Amended Complaint, and that Defendant should be allowed to respond by answer or motion to the Second Amended Complaint.

Accordingly, it is now

**ORDERED:**

1. Defendant Amwins Access Insurance Services, LLC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(1) (Doc. #44) is **DENIED** as **MOOT**.

2. Plaintiff Capital Shield, Inc.'s Renewed Motion for Leave to File a Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (Doc. #33) is **GRANTED**.

3. The Court **ACCEPTS** Doc. #33-1, *et seq.* for filing as the Operative Complaint.

4. The Clerk is **DIRECTED** to **FILE** Doc. #33-1, *et seq.* as the Operative Complaint.

5. Defendant shall respond to the Second Amended Complaint within **twenty-one (21) days** of the date of this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this   28th   day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record